# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **JOSE PINEDA** | **JOHN DOES 1-2 (Parole Officers), SIX JANE DOES (Parole Officers), COMMISSIONER OF DOCCS, EDWARD McLOUGHLIN (County Court Judge)** |
| (b) County of Residence of First Listed Plaintiff: **Dutchess County** (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant: **Dutchess County** (IN U.S. PLAINTIFF CASES ONLY) |
| (c) Attorneys **PRO SE** - Jose Pineda 11 Tiger Road, Hopewell Junction, NY 12533 (845) 370-2161 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] | [x] | Incorp. in This State | [ ] | [ ] |
| Citizen of Another State | [ ] | [ ] | Incorp. in Another State | [ ] | [ ] |
| Foreign Citizen | [ ] | [ ] | Foreign Nation | [ ] | [ ] |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Student Loans
- [ ] 153 Recovery of Vet Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liab
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Med Mal

**TORTS - PERSONAL PROPERTY**
- [ ] 365 Personal Injury - Product Liab
- [ ] 367 Health Care/Pharmaceutical
- [ ] 368 Asbestos Personal Injury
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Dam
- [ ] 385 Property Damage Product Liab

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities-Employ
- [ ] 446 Amer. w/Disabilities-Other
- [ ] 448 Education

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

| PROPERTY RIGHTS | SOCIAL SECURITY | FEDERAL TAX SUITS | OTHER STATUTES |
|---|---|---|---|
| ☐ 820 Copyrights | ☐ 861 HIA (1395ff) | ☐ 870 Taxes (U.S. Plaintiff or Def) | ☐ 375 False Claims Act |
| ☐ 830 Patent | ☐ 862 Black Lung (923) | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 835 Patent-Abbreviated New Drug | ☐ 863 DIWC/DIWW (405(g)) | | ☐ 400 State Reapportionment |
| ☐ 840 Trademark | ☐ 864 SSID Title XVI | | ☐ 410 Antitrust |
| ☐ 880 Defend Trade Secrets Act | ☐ 865 RSI (405(g)) | | ☐ 430 Banks and Banking |
| | | | ☐ 450 Commerce |
| | | | ☐ 460 Deportation |
| | | | ☐ 470 Racketeer Influenced & Corrupt Org |
| | | | ☐ 480 Consumer Credit |
| | | | ☐ 485 Telephone Consumer Protection Act |
| | | | ☐ 490 Cable/Sat TV |
| | | | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 890 Other Statutory Actions |
| | | | ☐ 891 Agricultural Acts |
| | | | ☐ 893 Environmental Matters |
| | | | ☐ 895 Freedom of Information Act |
| | | | ☐ 896 Arbitration |
| | | | ☐ 899 Administrative Procedure Act |
| | | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District  ☐ 6 Multidistrict Litigation-Transfer  ☐ 8 Multidistrict Litigation-Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing:
**42 U.S.C. § 1983**
Brief description of cause:
**Civil rights violations - unlawful detention without probable cause, denial of medication, due process violations**

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ <u>To be determined</u>
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**

See instructions: JUDGE _____ DOCKET NUMBER _____
(To be filed simultaneously with case against Dutchess County Sheriff's Office re: conditions of confinement)

DATE: 05/26/2025

SIGNATURE OF ATTORNEY OF RECORD
Jose Pineda, Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____
JUDGE _____  MAG. JUDGE _____