Jose Pineda

11 Tiger Road

Hopewell Junction, New York 12533

Email: josepinedaiii29@gmail.com

Phone: (845) 370-2161

May 24, 2025

Clerk of Court

U.S. District Court – Southern District of New York

300 Quarropas Street

White Plains, NY 10601

**Re: Filing of New Section 1983 Civil Rights Complaint with IFP Application**

Dear Clerk of Court,

I am a pro se plaintiff submitting a new Section 1983 complaint for filing. I am including the following documents with this submission:

1. Signed Complaint

2. Motion to Proceed In Forma Pauperis with Affidavit

3. Civil Cover Sheet

Please file these documents accordingly. If any further information or action is needed from me, do not hesitate to contact me by mail, phone, or email.

Thank you for your attention to this matter.

Respectfully,



Jose Pineda