UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE PINEDA,<br><br>                        Plaintiff,<br><br>              -against-<br><br>DUTCHESS COUNTY, et al.,<br><br>                        Defendants. | 25-CV-4554 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In a related case, *Pineda v. Does 1-2*, No. 25-CV-4552, the Court today notified Plaintiff Jose Pineda that he must amend his complaint to include the additional Defendants and their service address as identified in a newly filed letter from the Office of the Attorney General. *See* No. 25-CV-4552, ECF No. 11. The same is true in this case: Plaintiff Pineda must amend his complaint to include Frank Torre, the Aramark employee identified by defense counsel in their August 25, 2025 letter. ECF No. 19.

      Put otherwise, Plaintiff must file an amended complaint in this case that adds Frank Torre, as well as an amended complaint in the related *Pineda v. Does 1-2* case that adds the new Defendants and service address identified by the Office of the Attorney General. Both amended complaints are due by **October 30, 2025.**

Dated: October 1, 2025
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*
                                                JESSICA G. L. CLARKE
                                                United States District Judge