UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE PINEDA,

Plaintiff,

-against-

OFFICER C. SUTHERLAND, et al.,

Defendants.

25-CV-4552 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received and reviewed Plaintiff's latest letter and application for pro bono counsel. ECF Nos. 44–45. The Court will first resolve the outstanding motion to dismiss. Should the Court deny that motion, it will then address Plaintiff's request for pro bono counsel.

Dated: August 12, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge